# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

DAVID BONIFACE,

NISSAGE MARTYR, and

JUDERS YSEMÉ;

*Plaintiffs,*

v.

JEAN MOROSE VILIENA
(a.k.a JEAN MOROSE VILLIENA),

*Defendant.*

Civil Action No. 1:17-CV-10477-RWZ

Answer

I deny all charges in complaint.

*Jean Morose Viliena*
Defendant

# TIBARI TRANSLATION

## 667 BROADWAY EVERETT, MA 02149

Office: 617-294-0737

_____Translation from French_____

**REPUBLIC OF HAITI**                                                                 "Freedom - Equality – Fraternity"

### Federal Public Prosecutor's Office at the Cayes Court of Appeal

Of the large executory order issued on Thursday, October 11, 2012 by the Court of Appeal of Les Cayes whose device is thus conceived.

"For these reasons and in accordance with the conclusions of the public prosecutor represented by Jean-Jacques Banatte Fougere, contained in his final application dated July 17, 2012, there is no need to follow against Rosemene Bajon and Wilfrid Lorena, Jean Morose Viliena, dismiss them from the links of prevention for insufficiency of guilt, let us order that they be released immediately if they are not retained for other causes; Let us also say that there is a need to follow against the men Dieune Jean Noel, Elie Jean Zamor, Bel Benissoit, Bel Lucnord, Aubourg Gilbert, France Isme, Bel Jean Louis, Tizo Desruisseau, Donel Desruisseau, Francy Aubourg, Vilerne Duclona, Vilsene Duclona, Smith Bajon, Lenord Bajon, Charles Kelleman, Mackenson Desrosier, Meritis Beaublanc, Dely Johny, Louis Charles Fleurime, Esteve Roberse, Izias Sunday, Sovereign Merez, Guerson Pierre, Mercury Jean Pierre, Ebert Saintylus, Obes Noel, Pierrot Boileau, Alexeyon Bajon, Alain Duclona, Rejean Berger, Paulo Cadet, Wilfrid Sinal, Leonel Fleuriza, Florilus Fleuriza, Hermance Dely, Souze Bajon, Merilerme Bajon, Vilerme Valice, Noel Erticia, identified as mentioned above and we return them accordingly as there are sufficient charges and evidence front of the Criminal Tribunal sitting without jury assistance to be judged in accordance with the law on the charge of the crime of fire, Punishable under article 356 of the Penal Code, which reads as follows: "Any person who has deliberately set fire to buildings, ships, boats, stores, shipyards, when they are inhabited or used for habitation, serving the dwelling which they belong or do not belong to the perpetrator of the crime will be punished by forced labor in perpetuity, we refer the men Michelet Noel and Liffes Liverts front of the Criminal Court without Jury assistance to be judged since there are sufficient charges and indices under the charge of fire and serious wounds causing the amputation of the right ear of Destone Lesbon ".

We finally refer the persons Marc-Arthur Conte and Lissage Viliena identified as above front of the Criminal Court sitting without assistance of Jury to be judges because there are sufficient charges and indices under the charge of complicity in the trigger fire punished by Articles 45 and 356 of the Penal Code as follows:

"Any person who has deliberately set fire to buildings, ships, boats, stores, shipyards, when they are inhabited or used for habitation, serving the dwelling which they belong or do not belong to the perpetrator of the crime will be punished by forced labor in perpetuity; those who have provided weapons, instruments or any other means that have served to the action knowing that they should serve will be punished with the same penalty."

We order that all the accused be taken prisoner and imprisoned in the civil prison of Jeremiah if they are not already in conformity with the provisions of Article 120 of the Code of Criminal Procedure. We further say that the fugitive accused will be tried in absentia in accordance with the provisions of articles 366 and following of the PC if they have never been taken into custody at the execution of the order of the Court of Appeal of Cayes. Then we order the communication of the file together with this order closing order to the commissioner of the government by the court of appeal of the Cayes to be done by him what the law obliges.

_____End of Translation_____

# TIBARI TRANSLATION

## 667 BROADWAY EVERETT, MA 02149

### Office: 617-294-0737

I, undersigned TIBARI OUAKAR, certify that I'm fluent and competent in writing and reading English, Arabic and French. I hereby certify that the present is, to the best of my ability, knowledge and belief, a true, complete and correct translation of the original document submitted to me. In witness whereof, I have hereunto set my hand and official seal._

No..............

Everett, 03-27-2017                                    Notary Public



TIBARI OUAKAR
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 4, 2021



**Parquet près la Cour d'Appel des Cayes.-**

De la grosse exécutoire d'un Arrêt-ordonnance rendu le jeudi 11 Octobre 2012 par la Cour d'Appel des Cayes dont le dispositif est ainsi conçu:

« PAR CES MOTIFS, et conformément aux conclusions du Ministère Public représenté par Me Jean Banatte FOUGERE, renfermées dans son réquisitoire définitif en date du 17 juillet 2012, disons qu'il n'y a pas lieu à suivre contre Rosemène Bajon et Wilfrid Lorena, Jean Morose Vilièna, les renvoyons hors des liens de la prévention pour insuffisance d'indices de culpabilité, ordonnons ensuite qu'ils soient mis en liberté immédiatement s'ils ne sont pas retenus pour autres causes; disons en outre qu'il y a lieu à suivre contre les nommés Dieune Jean Noel, Elie Jean Zamor, Bel Benissoit, Bel Lucnord, Aubourg Gilbert, France Izmé, Bel Jean Louis, Tito Desruisseau, Donel Desruisseau, Francy Aubourg, Vilerme Duclona, Vilsene Duclona, Smith Bajon, Lenord Bajon, Charles Kelleman, Mackenson Desroser, Mentri Beaublanc, Dely Johny, Louis Charles Fleurime, Esteve Roberse, Izias Dimanche, Souverain Mires, Guerson Pierre, Mercidieu Jean Pierre, Ebert Saintylus, Obes Noel, Pierrot Boileau, Bien Aimé Noel, Saurel Vilsaint, Thenier ainsi connu, Tiroute ainsi connu, Zamor Elie Jean, Dieune Zamor, Louri Lucnord, Bel Watson, Odieuson Bajon, Alain Duclona, Rejean Berger, Paulo Cadet, Wilfrid Sinal, Leonel Fleurizo, Florilus Fleuriza, Hermance Dely, souze Bajon, Merilerme Bajon, Vilerme Valice, Noel Erlicia, identifiés comme dit ci-dessus les renvoyons en conséquence vu qu'il y a charges et indices suffisants par devant le Tribunal Criminelle siégeant sans assistance de Jury pour y être jugé conformément à la loi sous l'inculpation du crime d'incendie, fait prévu et puni par l'article 356 du Code pénal ainsi libellé: « Quiconque aura volontairement mis le feu à des édifices, navires, bateaux, magasins, chantiers lorsqu'ils sont habités ou servant à l'habitation et généralement aux lieux habités ou servant à l'habitation, qu'ils appartiennent ou n'appartiennent pas à l'auteur du crime sera puni de travaux forcés à perpétuité », renvoyons les nommés Michelet Noel et Liftet Liverts par devant le Tribunal criminelle siégeant sans assistance de Jury pour être jugés vu qu'il y a charges et indices suffisants sous l'inculpation d'incendie et blessures graves ayant entraîné l'amputation de l'oreille droit de Destoné Lebon »

Renvoyons enfin les nommés Marc-Arthur Conte et Lissage Vilena, identifiés comme dit ci-dessus par devant le Tribunal Criminelle siégeant sans assistance de Jury pour y être jugés vu qu'il y a charges et indices suffisants sous l'inculpation de complicité d'incendie fait prévu et puni par les articles 45 et 356 du Code pénal ainsi libellé:

« Quiconque aura volontairement mis le feu à des édifices, navires, bateaux, magasins, chantiers lorsqu'ils sont habités ou servant à l'habitation et généralement au lieu habités ou servant à l'habitation, qu'ils appartiennent ou n'appartiennent pas à l'auteur du crime, sera puni de travaux forcé à perpétuité ; ceux qui auront procuré des armes, des instruments ou tout autre moyen qui aura servi à l'action sachant qu'ils devraient servir seront punis de la même peine. »

Ordonnons que toutes les inculpés soient pris de corps et écroués dans la prison civile de Jérémie s'ils ne se trouvent pas déjà conformément aux dispositions de l'article 120 du code d'Instruction Criminelle disons en outre que les inculpés en fuite seront jugés par contumace conformément aux dispositions des articles 366 et suivant du C.P. s'ils n'ont jamais été pris de corps à l'exécution de l'Arrêt ordonnance de la Cour d'Appel des Cayes.

Ordonnons ensuite la communication du dossier ensemble avec le présent Arrêt ordonnance de clôture au Commissaire du Gouvernement près la Cour d'Appel des Cayes pour être fait par lui ce que la loi oblige.