UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID BONIFACE, NISSAGE MARTYR and JUDERS YSEMÉ ) ) ) ) Plaintiffs, ) ) v. ) ) JEAN MOROSE VILIENA ) ) Defendant. ) | Civil Action No. 17-10477-ADB |

DEFENDANT JEAN MOROSE VILIENA'S
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION
AND FOR FAILURE TO STATE A CLAIM
<u>UPON WHICH RELIEF CAN BE GRANTED</u>

The Defendant Jean Morose Viliena ("Defendant") moves the Court in accordance with Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to Dismiss the Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted, or to otherwise abstain from hearing this matter. In support of his motion, the Defendant submits herewith Defendant Jean Morose Viliena's Memorandum Of Law In Support Of Motion To Dismiss.

Wherefore, for the foregoing reasons, the Defendant Jean Morose Viliena prays that the Court dismiss all Counts asserted in the Plaintiffs' Complaint and that the Court grant such other and further relief as is just.

Jean Morose Viliena,

By his attorney,

  /s/ Peter J. Haley
Peter J. Haley (BBO# 543858)
*peter.haley@nelsonmullins.com*
Patrick T. Uiterwyk (BBO# 665836)
*patrick.uiterwyk@nelsonmullins.com*
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109
p. (617) 217-4714
f. (617) 217-4710

Dated: March 23, 2018

The Defendant certifies that, in accordance with Local Rule 7.1(a)(2), counsel has conferred with counsel in good faith in an attempt to resolve or narrow the issues that are presented in this motion. The Plaintiffs object to the Motion to Dismiss

Date:   March 23, 2018              /s/ Peter J. Haley

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this date.

Date:   March 23, 2018              /s/ Peter J. Haley