UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID BONIFACE, NISSAGE MARTYR and JUDERS YSEMÉ </br></br>       Plaintiffs, </br></br> v. </br></br> JEAN MOROSE VILIENA </br></br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action </br> No. 17-10477-ADB |

DEFENDANT JEAN MOROSE VILIENA'S MOTION
FOR SUMMARY JUDGMENT
AND, IN THE ALTERNATIVE, TO SEVER CLAIMS

The Defendant Jean Morose Viliena ("Defendant") moves the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure to enter summary judgment in his favor dismissing the claims against him in this action and, alternatively, to sever the claims of the Plaintiff David Boniface pursuant to Rule 21 of the Federal Rules of Civil Procedure for purposes of trial. In support of his motion, the Defendant submits herewith:

1. Defendant Jean Morose Viliena's Memorandum Of Law In Support of Motion for Summary Judgment and, in the alternative, to Sever Claims;

2. Affidavit of Jean Morose Viliena in Support of Motion for Summary Judgment;

3. Affidavit of Counsel Authenticating Deposition Transcripts; and

4. Defendant's Statement of Undisputed Material Facts.

Wherefore, the Defendant Jean Morose Viliena prays that the Court enter judgment in his favor on all Counts asserted in the Plaintiffs' Complaint against him , that, alternatively the Court sever the trial of this action and that the Court grant such other and further relief as is just.

|  |  |
|---|---|
|  | Jean Morose Viliena, |
|  | By his attorney, |
|  | */s/ Peter J. Haley* |
|  | Peter J. Haley (BBO# 543858) |
|  | *peter.haley@nelsonmullins.com* |
|  | Patrick T. Uiterwyk (BBO# 665836) |
|  | *patrick.uiterwyk@nelsonmullins.com* |
|  | Nelson Mullins Riley & Scarborough LLP |
|  | One Financial Center |
|  | Boston, MA 02111 |
|  | p. (617) 217-4714 |
|  | f. (617) 217-4710 |
| Dated: March 28, 2022 |  |

## RULE 7.1 CERTIFICATION

The Defendant states that in accordance with Local Rule 7.1(a)(2), counsel for the Defendant, Peter Haley, conferred by email with counsel for the Plaintiffs. The Plaintiffs oppose the allowance of this Motion.

Dated:   March 28, 2022                                                   */s/ Peter J. Haley*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this date.

Date:   March 28, 2022                                                    */s/ Peter J. Haley*