UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BONIFACE, NISSANDERE MARTYR, and JUDERS YSEME, <br><br> Plaintiffs, <br><br> v. <br><br> JEAN MOROSE VILIENA <br><br> Defendant. | Civil Action No. 17-cv-10477-ADB |

### AFFIDAVIT OF JEAN MOROSE VILIENA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Jean Morse Viliena, on oath, do depose and that:

1. I am the Defendant Jean Morose Viliena named in this action.

2. I have read the Complaint in this action.

3. The Complaint alleges that an arson of 36 homes took place in Les Irois, Haiti on October 29, 2009.

4. I was not present in Les Irois on October 29, 2009. I did not commit arson or take any action to cause the homes of the Plaintiffs, or any other residents of Les Irois, to be burned on that date or on any other dates.

5.  I did not instruct any person to burn the homes of the Plaintiffs in this action or any other persons. I took no action whatsoever to cause the burning or arson of any persons residence or property.

6.  I have regularly returned to Haiti to participate in judicial proceedings there. On April 30, 2018, the Haitian court entered judgment in my favor dismissing the claims against me for the allegation in the Complaint relating to the radio station attack and the death of Eclesiaste Boniface. A true and accurate copy of that judgment is attached hereto as Exhibit A.,

I state under penalty of perjury that the foregoing is true and correct as executed by me this 28th day of March, 2022

/s/ *Jean Morose Viliena*_____
Jean Morose Viliena

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this date.

Date:   March 28, 2022            /s/ Peter J. Haley