# Exhibit A

RÉPUBLIQUE D'HAITI

LIBERTE        EGALITE        FRATERNITE

EXTRAIT DES MINUTES DU GREFFE DU TRIBUNAL DE PREMIERE INSTANCE DES CAYES

## AU NOM DE LA REPUBLIQUE

Audience Criminelle sans assistance de Jury et publique du lundi trente avril deux mille seize, An 215ème de l'Indépendance ;

L'audience Criminelle sans assistance de Jury est ouverte ;

La cause du rôle est appelé et la No : 15 / 00002 est retenu par le Ministère Public représenté par Me Wilnoce SANON, Substitut Commissaire du Gouvernement.

Le Ministère Public demande au Doyen en siège de faire appeler l'accusé Jean Morose VILLIENA ;

La Cour constate que l'accusé comparait libre seulement accompagné des Agents de la PNH pour l'empêcher de s'évader. Ensuite, Le Cour passe à l'identification de l'accusé comme suit :
Q / Quels sont vos nom, prénom, âge, profession, demeure, domicile ?
R / Je me nomme Jean Morose VILLIENA, âgé de 46 ans, né à les Irois, demeurant et domicilié aux Etat Unis d'Amérique;

Le Conseil de la défense représenté par Me LOUIS Joseph Saurel, Piterson CLERMONT, Stempouce GELUS demande acte de sa contestation pour assurer la défense de l'accusé Jean Morose VILLIENA ;

La partie Civile représentée Me LOUIS Roosevelt et Me William MACENAT. conjointement avec Me Mario JOSEPH, avocat du Barreau de Port-au-Prince, demande aussi acte de sa constitution pour assurer les intérêts de la partie victime.

Le Ministère Public demande au Doyen du Tribunal Criminel d'ordonner au Greffier en siège de donner lecture de l'arrêt de la Cour de Cassation et ceci a été faite par le greffier en siège.

Apres la lecture, le Ministère Public demande la parole pour faire exposer de l'affaire. Du même coup, le Ministère Public demande à la cour de faire appeler les assignés. Ce qui a été fait en trois fois par l'huissier audiencier.

Le Tribunal Criminel a constaté qu'après avoir cités et appelés en 3 fois les plaignants, personne n'a pas comparu.
Me LOUIS Roosevelt, pour la partie civile, ayant sollicité et obtenu la parole, a sollicité du Doyen de la Cour, une remise.

L'un des avocats du conseil de la défense revint à la barre pour combattre la demande sollicitée par la partie civile.

Questions posée par le Doyen du Tribunal Criminel à l'accusé :

Q- koman ou rele ?
R  Mwen rele Jean Morose VILIENA
Q- Est-ce ke ou rekonet Lessage VILIENA ?
R  wi majistra, se papa m
Q- est -ce ke ou konnen de kisa yo reproche w
R – majistra, mwen pa kon anyen nan sa yo ap di yo
Q – kisa ou te kon fè Les Irois ?
R – Mwen te sansè lycé, mwen te Magistrat kominal

Quiconque aura fait un usage privé de cette forme sera passible d'une amende de cent gourdes (loi du 6 Août 1919)

MINISTERE PUBLIC, L'ACCUSE EST A VOTRE DISPOSITION :

Q- Eske ou te konnin ta pra l gin dezod nan lycé a ?
R- Non Komisè
Q- Eske ou ka esplike nou sa k te pase a ?
R- Se pandan mwen te nan lysé a te gin you elèv ki antre nan lakou lyse a ak you zam, mwen men m kom you Magistra kominal e kom sansè lyce a, mwen te trouve mwen nan you sitiyasyon difisil kote you elèv ap rantre ak zam nan you lekol, mwen te rele lapolis pou vin banou èd malerezman lapolis pat janm arive vin pote nou èd akoz yo pat gin moyen.

Q- Te gen you jijman ki te fèt déjà eske moun ki te kondane yo, yo te gin you bagay pou yo wè nan sa yo te repwoche yo ?

R- Majistra, se la jistis ki tap désidé li désidé.

Q- Eske ou te bay moun zam pou al fè dezod ?

R- Non, Majistra

Q- Eske ou te konnin ta pral gin dezod ki fè ou w te rele lapolis la ?
R- Non Majistra. Mwen pat relel avan non, se lè dezod la komanse a mwen te fè appel lapolis.

Conseil des Avocats, l'accusé est à votre disposition :

- demande-lui pour nous, Magistrat :
Q / Est- ce ke li te bay lod pou al fè dezod Les Irois
R- Non Magistrat

Le Conseil Avocat demande acte de suite à la question posée.

Le tribunal lui en donna acte.

Requis de signer, il l'a fait avec nous et notre Greffier.

Le Tribunal déclare clos le débat particulier et du même coup, déclare ouvert les débats généraux.

LE MINISTERE PUBLIC PLAISE AU TRIBUNAL : Par ces motifs, qu'il plaise au Juge de la cause dire et déclarer compétent pour connaitre l'affaire, déclare constant les infractions d'assassinat, tentative d'assassinat, destruction des biens qu'on avait reproché tant qu'aux hommes de bras de Jean Morose VILLIENA et par lui aussi de condamner à la même peine, que ces hommes de bras soit sept ans de prison. Ce sera droit, justice et équité.

Le Conseil de la défense, ayant sollicité et obtenu la parle a combattu la réquisition du Ministère Public ;

PLAISE AU TRIBUNAL : Par ces causes et motifs, voir et entendre le Tribunal Criminel déclarer non coupable le citoyen Jean Morose VILLIENA du fait à lui reprocher, ce. conformément à l'article 288 du code procédure civile ; Vu qu'il n'y est concerné ni de près ni de loin. Ce sera droit.

Le Tribunal constate que le Conseil de la défense a eu la parole en dernier, le Tribunal constate aussi que la partie civile n'a pas conclus, ni formulé les revendications relatives aux dommages-et -intérêt bien avant la poursuite des débats généraux.

VU LES PIECES DU DOSSIER : Vu l'ordonnance de renvoi du cabinet d'Instruction ; Vu l'assignation ; Vu l'ordonnance par contumace contre l'accusé absent et autres ;

Oui le Greffier en la lecture des pièces du dossier ; Oui l'accusé dans son interrogatoire ; Oui le greffier en la lecture des pièces du dossier ; Oui l'accusé dans son interrogatoire ;

Oui le Ministère Public dans l'exposé des faits, dans ses conclusions, dans sa réquisition de peine ;
Oui le Conseil de la défense ayant eu la parole en dernier dans le développement de ses moyens et dans ses conclusions ;

Vu les textes régissant à la matière ;

Attendu que par ordonnance du Cabinet d'Instruction l'inculpé Jean Morose VILIENA a été déféré par devant le Tribunal Criminel siégeant sans assistance de Jury pour y être jugé sur la prévention de destruction de maison et d'attentat au préjudice de Nissage MATYR, Judes YZEME.

Attendu qu'à l'audience de juillet 2015, l'accusé Jean Morose VILLIENA absent lors de la ........ a été l'objet d'une ordonnance par contumace rendu par le Doyen du Tribunal Criminel ;

Attendu que, conformément à l'article 366 et suivant du Code d'Instruction Criminelle. l'accusé VILLIENA Jean Morose condamné par contumace demeurant aux Etats Unis se présente lui-même c'est-à-dire sans contrainte par devant la juridiction de jugement siégeant sans assistance de Jury aux fins de l'inscription de cette affaire le concernant :

Attendu qu'il est constant en état d'un élément du dossier dans les débats que l'accusé Jean Morose VILLIENA n'a pas commis les faits qui lui sont reprochés Vu que l'accusation n'est pas fondée, le déclare non coupable ;

Attendu que le Ministère Public requiert contre le nommé Jean Viliena MOROSE une peine de sept ans, conformément aux articles 19, 240.382 Code de procédure Civile ;

Attendu que le Conseil de la défense, dans sa plaidoirie, a requis pour le tribunal criminel de dire et déclarer l'accusé Jean Morose VILLIENA '' non coupable '' des faits qui lui sont reprochée et d'appliquer en sa faveur l'article 288 du Code d'Instruction Criminelle de Jean Vandal ainsi conçu ;
'' Lorsque l'accusé aura été déclaré non coupable, le Tribunal prononcera qu'il est acquitté de l'accusation et ordonnera qu'il soit mise en liberté, s'il n'est retenu pour autre cause '',

**PAR CES MOTIOFS,** le Ministère Public entendu. Le tribunal criminel faisant droit aux conclusions du conseil de la défense, reconnaitre Jean Morose VILLIENA, âgé de 46 ans, économiste de profession, né à les Irois, demeurant et domicilié aux Etat Unis d'Amérique '' non **coupable** '' et dit qu'il est acquité de l'accusation .-

Ainsi jugé et prononcé par Nous, Me Michel Williams DESTINE, Doyen de l'audience criminelle, en présence de Me Wilnoce SANON, Substitut Commissaire du Gouvernement. assisté de Venise JOSEPH, Willy MUSCADIN, Ernst DUVERSEAU, Greffiers, en l'audience Criminelle sans assistance de Jury, du trente avril deux mille dix-huit, An 215ème de l'Indépendance.-

Il est ordonné à tous Huissier sur ce requis de mettre le présent jugement à exécution, aux officiers du Ministère Public près les Tribunaux Civils d'y tenir la main. à tous Commandants et autres Officiers de la force Publique d'y prêter main forte lorsqu'ils en seront légalement requis.

En foi de quoi, la minute du présent jugement est signée du Juge et Greffiers susdits.

**COLLATIONNE CONFORME A LA MINUTE POUR EXPEDITION DELIVREE.**

Me Jean Planel FORTUNE
Greffier en Chef

Criminal hearing without Jury and public hearing of Monday, April 30, 2012, Year 2156 of Independence

Criminal hearing without jury's assistance is open;

The cause of the role is called and the No: 15 / 00002 is retained by the Public Ministry represented by Me Wilnoce SANON, Deputy Commissioner of the Government.

The Public Ministry asks the Dean in seat to call ('accused Jean Morose VI LLIEN A;

The Court finds that the Accused appeared free only accompanied by PNH Agents to prevent him from escaping. The Court then proceeds to the identification of the Accused as follows

Q What are your surname, first name, age, profession, residence, domicile?

R I My name is Jean Morose VILLIENA, 46 years old, born in Les Irois, residing and domiciled in the United States of America;

Defense counsel represented by Me LOUIS Joseph Saurel, Piterson CLERMONT, Stempouce GELUS requests an act of his challenge to ensure the defense of the ao.;use jeau Morose V II.,LIENA;

The Civite party represents Me LOUIS Roosevelt and Me William MACEN AT. together with Me Mario JOSEPH, lawyer of the Office of Port-au-Prince, also requests act of its constitution to ensure the interests of the victim party.

The Public Ministry asks the Dean of the Criminal Court to order the sitting Greiner to read the judgment of the Court of Cassation and this was done by the sitting clerk.

After the reading, the Public Ministry asks for the floor to present the case. At the same time, the Public Ministry asks the court to summon the assignees. This was done three times by the bailiff.

The Criminal Court found that after citing and calling the plaintiffs 3 times, no one appeared.

Me LOUIS Roosevelt, for the civil party, having requested and obtained the floor, requested a postponement from the Dean of the Court.

One of the lawyers for the defense counsel returned to the bar to fight the request made by the civil party.

Questions posed by the Dean of the Criminal Court to the accused:

Q-How's your name?

A My name is Jean Morose VILIENA

Q- Is it ke or recognize Lessage VILIENA?

R yes mayor, it's my father

Q- is it that or know from * what they reproach you

A - Mayor, I don't know what they're saying

Q - What did Les Irois do?

A - I felt lyce, I was Communal Magistrate Q- Did you know there would be a mess in the high school?

A- No Commissioner

Q- Can you tell us what happened?

A.- It was while I was in high school that a student entered the high school yard with a bag. mw en men

m kom you Magistra. communal e kom sense lyce a, mwen trou trou noven nan a * on

When a student enters a school with a gun, I called the police for help

Unfortunately, the police never came to help us because they did not have the means.

Q- Has there been a previous trial, have the convicts had a hangover for what they have been accused of?

A- Mayor, that's where the court decided,

Q- Did you give people weapons to make a mess?

A- No, Mayor

Q- Did you know there was going to be a mess where you called the police?

A- No Mayor. I didn't call before, it was when the chaos started that I called the police.

Counsel, the prosecution is at your disposal:

- ask him for us, Magistrate:

Q I Est- ce that he ordered to go and make a mess of Les Irois

A- No Magistrate

The Bar Council requests further action on the question.

The court acknowledged this.

Required to sign, he did it with us and notes Clerk.

The Tribunal declares the particular debate closed and, at the same time, declares the general debates open.

THE PROSECUTOR'S OFFICE PLEASES THE COURT: For these reasons, it pleases the Judge He had also reproached Jean Morose VILLIENA's men with arms and by him also with the same sentence, that these men should be sentenced to seven years in prison, which would be right, justice and fairness.

The Defense Council, having solicited and obtained the floor, opposed the prosecution's requirement;

PLEASE TO THE COURT: For these reasons and reasons, to see and hear the Criminci Court declare the citizen Jean Morose VI LLIENA not guilty of the fact of reproaching him.

in accordance with Article 288 of the Code of Civil Procedure; Vu is not concerned with pros or remotely. That will be right.

The Tribunal finds that the Defense Council has the last word, and the Tribunal also finds that the civil party did not conduct or make any claims for damages prior to the continuation of the general proceedings.

HAVING SEEN THE DOCUMENTS OF THE FILE: Having regard to the order of reference of the firm of Instruction Seen ('assignment; Considering the order in absentia against (' accusation absent and others; •

Yes, the Clerk reading the parts of the file; Yes ('accuses in his interrogation; Yes the clerk in reading the "parts of the file; Yes accuses him in his interrogation;

Yes the prosecution in the statement. facts, in its conclusions, in its requisition (re punishment;

The Defense Council having the last word in the development of its means and. in its conclusions;

Whereas by order of the Cabinet of Instruction Finculpe Jean Morose VILIEfsR at 1:46" referred by the Criminal Court sitting without the assistance of a Jury to be brought there on the prevention of the destruction of a house and an attack on the prejudice of Nissage MA 'i'YR, Juries YZEME,

Whereas at the hearing of 'valet 2015. accuses Jean Morose VILLIENA absent fors de IN

. is the subject of an order in absentia waived by the Dean of the Criminal Court;

Whereas. in accordance with article 366 and following of the Code of Criminal Instruction. Accused VILLIENA lean Morose sentenced in absentia residing in the United States to be present himself, that is to say without constraint, before the trial court sitting without the assistance of a Jury for the purposes of the registration of this case concerning him:

Whereas it is clear that one element of the case in the proceedings is that lean Morose VILLIENA did not commit the acts of which he is accused Since the prosecution is not founded, declares him not guilty;

Whereas the Public Ministry requires against the named Jean Viliena MOROSE tine peinc for seven years, in accordance with articles 19, 240.382 Code of Civil Procedure;

Whereas the Counsel for the Defense, thin its pleadings. requested that the criminal court declare and declare the accused Jean Morose VILLIENA • not guilty of the facts which I ui soft reproaches here to apply in his favor article 288 of the Criminal Insnuction Code of lean Vandal anis! curicu

"When the accused has been found not guilty, the Tribunal will pronounce that he is acquitted of the charge and will order that he be released, if he is not detained for another cause".

FOR THESE REASONS, - the Public Ministry heard. The criminal court making the •

conclusions of the detnstf board. recognize lean Morose VILLIEN.I. -4(

economist by profession, born in Les Irois, residing in the United States (F.-13116,1ov no

guilty" and says he is acquitted of the charge

Thus judged and pronounced by Us, Me Michel Williams DESTINE, Dean of Criminal Justice, in the presence of Me Wilnoce SANON, Deputy Commissioner of the Government. assistants of Venice JOSEPH, Willy MUSCADIN, Ernst DUVERSEAU, Clerks. in the audience

Criminal Without Jury Assistance, of Thirty April Two Thousand Eighteen, Year 2 l of

Independence_ -

It is ordered to all Bailiff on this request to put the present judgment into execution, mix officers of the Public Ministry near the Civil Courts to hold the hand. to your Commanders and Senior Officers of the Public Force to lend a strong hand when they will be I,..! cheerfully required,

In fed whereof, the minute of this judgment is signed by the aforesaid Judge and Registrars. COLLATES ACCORDING TO THE MINUTE FOR SHIPPING DELIVERED.