UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BONIFACE, NISSAGE MARTYR and JUDERS YSEMÉ )<br><br>Plaintiffs, )<br><br>v. )<br><br>JEAN MOROSE VILIENA )<br><br>Defendant. ) | Civil Action<br>No. 17-10477-ADB |

DEFENDANT JEAN MOROSE VILIENA'S
OBJECTION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

The Defendant Jean Morose Viliena ("Defendant") objects to the Plaintiffs' Motion for Partial Summary Judgment [Docket No. 144] and in support of his opposition submits herewith:

1. Defendant Jean Morose Viliena's Memorandum Of Law in Opposition to Plaintiffs' Motion for Partial Summary Judgment;

2. Defendant Jean Morose Viliena's Response to Statement of Material Facts in Opposition to Plaintiffs' Motion for Partial Summary Judgment; and

3. Affidavit of Jean Morose Viliena in Opposition to Plaintiffs' Motion for Partial Summary Judgment.

Wherefore the Defendant Jean Morose Viliena prays that the Court deny the Plaintiffs' Motion for Partial Summary Judgment and that the Court grant such other and further relief as is just.

4.

        Jean Morose Viliena,

        By his attorney,

        */s/ Peter J. Haley*
        Peter J. Haley (BBO# 543858)
        *peter.haley@nelsonmullins.com*
        Patrick T. Uiterwyk (BBO# 665836)
        *patrick.uiterwyk@nelsonmullins.com*
        Nelson Mullins Riley & Scarborough LLP
        One Financial Center
        Boston, MA 02111
        p. (617) 217-4714
        f. (617) 217-4710

Dated: April 18, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this date.

Date:   April 18, 2022   */s/ Peter J. Haley*