UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID BONIFACE, NISSAGE MARTYR and JUDERS YSEMÉ </br></br>  Plaintiffs, </br></br> v. </br></br> JEAN MOROSE VILIENA </br></br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action </br> No. 17-10477-ADB |

DEFENDANT JEAN MOROSE VILIENA'S
RESPONSE TO STATEMENT OF MATERIAL FACTS
IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

The Defendant Jean Morose Viliena ("Defendant") submits this Response to the Plaintiffs' Statement of Undisputed Material Facts in accordance with Local Rule 56.1.

1. Paragraph 16 of the Plaintiffs Statement of Facts is disputed. The Defendant has fully and freely participated in all judicial proceedings brought against him in Haiti. Opposition Affidavit of Jean Morose Viliena, ¶ 2. The Defendant was exonerated in the case of the alleged arson in Haiti and found not responsible. Opposition Affidavit of Jean Morose Viliena, ¶ 4, Exhibit B.

2. Paragraph 20 of the Plaintiffs Statement of Facts is disputed. The Defendant has fully and freely participated in all judicial proceedings brought against him in Haiti. On April 30, 2018, the Haitian court entered judgment dismissing the claims against the Defendant for the allegation in the Complaint relating to the radio station attack and the death of Eclesiaste Boniface. Opposition Affidavit of Jean Morose Viliena, ¶ 3,

Exhibit A.   The Defendant was exonerated in the case of the alleged arson in Haiti and found not responsible.  Opposition Affidavit of Jean Morose Viliena, ¶ 4, Exhibit B.

3. The Defendant incorporates by reference as if fully set forth herein the Defendant's Statement of Undisputed Material Facts, Docket No. 143.

>Jean Morose Viliena,
>
>By his attorney,
>
>  /s/ Peter J. Haley
>Peter J. Haley (BBO# 543858)
>*peter.haley@nelsonmullins.com*
>Patrick T. Uiterwyk (BBO# 665836)
>*patrick.uiterwyk@nelsonmullins.com*
>Nelson Mullins Riley & Scarborough LLP
>One Financial Center
>Boston, MA 02111
>p. (617) 217-4714
>f. (617) 217-4710

Dated: April 18, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this date.

Date:    April 18, 2022        */s/ Peter J. Haley*