UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| DAVID BONIFACE, <br><br> NISSANDÈRE MARTYR, and <br><br> JUDERS YSEMÉ, <br><br> Plaintiffs, <br><br> v. <br><br> JEAN MOROSE VILIENA <br> (a.k.a. JEAN MOROSE VILLIENA), <br><br> Defendant. | Case No. 1:17-cv-10477-ADB |

**ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY VANSHIKA VIJ**

The plaintiffs David Boniface, Nissandère Martyr, and Juders Ysemé (collectively "Plaintiffs"), pursuant to Local Rule 83.5.3, hereby move for leave for the *pro hac vice* admission of Vanshika Vij, an attorney at Morrison & Foerster LLP, 2100 L St. NW, Ste. 900, Washington, DC 20037. Such admission is for the purpose of this case only.

As grounds for this motion, and as set forth in the attached Certification by Vanshika Vij, Plaintiffs state as follows:

1. Ms. Vij submits her signed Certification pursuant to Local Rule 83.5.3 setting forth the jurisdictions where she has been admitted to practice law. *See* Exhibit A.

2. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction.

3. Ms. Vij is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Case 1:17-cv-10477-ADB   Document 173   Filed 07/26/22   Page 2 of 6

4. Counsel for plaintiffs consulted with counsel for defendant and defendant has no objection to the motion.

5. The undersigned is a member in good standing with this Court and will act as local counsel.

WHEREFORE, Plaintiffs respectfully requests that this Court grant this assented-to motion and permit Vanshika Vij to enter her appearance *pro hac vice* in the above-referenced matter.

Dated: July 26, 2022

Respectfully submitted,

DAVID BONIFACE, NISSANDÈRE MARTYR, AND JUDERS YSEMÉ

By their attorneys,

/s/ *Philip A. O'Connell, Jr.*
Philip A. O'Connell, Jr. (BBO# 649343)
DENTONS US LLP
One Beacon Street
Suite 25300
Boston, Massachusetts 02108
(617) 235-6802 (telephone)
(617) 235-6899 (fax)
philip.oconnelljr@dentons.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that the parties met and conferred in good faith to resolve the issues in this motion. Counsel for the defendant does not oppose this motion.

/s/ *Philip A. O'Connell, Jr.*

**CERTIFICATE OF SERVICE**

I certify that on July 26, 2022, I caused to be filed electronically a true copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify the parties of record via electronic notification.

/s/ Philip A. O'Connell, Jr.

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| DAVID BONIFACE,<br><br>NISSANDÈRE MARTYR, and<br><br>JUDERS YSEMÉ,<br><br>      Plaintiffs,<br><br>    v.<br><br>JEAN MOROSE VILIENA<br>(a.k.a. JEAN MOROSE VILLIENA),<br><br>      Defendant. | Case No. 1:17-cv-10477-ADB |

**LOCAL RULE 83.5.3 CERTIFICATION BY VANSHIKA VIJ
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, VANSHIKA VIJ, hereby state as follows:

1. I am an attorney at Morrison & Foerster LLP, 2100 L St. NW, Ste. 900, Washington, DC 20037. I am duly licensed to practice law in the District of Columbia and the State of Illinois.

2. I am a member in good standing of each of the above-listed bars and there are no disciplinary proceedings pending against me.

3. I was previously admitted *pro hac vice* in this Court on July 19, 2020 in *Victim Rights Law Center v. DeVos et al. See* ECF No. 23, D. Mass. 1:20-cv-11104-WGY.

4. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. This affidavit is made in support of a motion made by Philip A. O'Connell, Jr. of Dentons US LLP. Mr. O'Connell is admitted to practice before the United States District Court for the District of Massachusetts.

SIGNED UNDER PENALTY OF PERJURY ON THIS 26TH DAY JULY, 2022, AT WASHINGTON, DC.

*/s/ Vanshika Vij*

Vanshika Vij
Morrison Foerster
2100 L St. NW,
Suite 900
Washington, DC 20037
(202) 887-1558
vvij@mofo.com
