UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| DAVID BONIFACE,<br><br>NISSANDÈRE MARTYR, and<br><br>JUDERS YSEMÉ,<br><br>       Plaintiffs,<br><br>   v.<br><br>JEAN MOROSE VILIENA<br>(a.k.a. JEAN MOROSE VILLIENA),<br><br>       Defendant. | Case No. 1:17-cv-10477-ADB |

**DECLARATION OF BONNIE LAU**

I, Bonnie Lau, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster. I am a member in good standing of the Bar of the State of California. I have been admitted *pro hac vice* in the above-captioned matter as counsel of record for plaintiffs David Boniface, Nissandère Martyr, and Juders Ysemé ("Plaintiffs").

2. I submit this declaration in support of Plaintiffs' Motions *in Limine*. I have personal knowledge of the following facts that would be admissible as evidence and, if called as a witness, I could and would competently testify to them.

3. Attached as **Exhibit A** are true and correct copies of excerpts of the transcript of the deposition of David Boniface, taken on January 27, 2022.

4. Attached as **Exhibit B** are true and correct copies of excerpts of the transcript of the deposition of Juders Ysemé, taken on January 28, 2022.

5. Attached as **Exhibit C** are true and correct copies of excerpts of the transcript of the deposition of Jean Morose Viliena, taken on January 11, 2022.

6. Attached as **Exhibit D** is a true and correct copy of a French-language original, preceded by a certified English translation, of the undated open letter from Jean Morose Viliena, Bates numbered Viliena Second Supp Production 000042-47.

7. Attached as **Exhibit E** is a true and correct copy of Defendant's Pre-Trial Disclosures dated February 2, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on February 10, 2023.

                                                            */s/ Bonnie Lau*
                                                        Bonnie Lau

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, I caused to be filed electronically a true copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify the parties of record via electronic notification.

<em>/s/ Bonnie Lau</em>