# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2                      EASTERN DIVISION
 3                 Case No. 1:17-cv-10477-ADB
 4
      DAVID BONIFACE, NISSANDÈRE
 5    MARTYR, and JUDERS YSEME,
 6            Plaintiffs,
 7    vs.
 8    JEAN MOROSE VILIENA (a.k.a.
      JEAN MOROSE VILLIENA),
 9
              Defendant.
10    _____/
11
12
13                    Tuesday, January 11, 2022
                      10:05 a.m. - 5:24 p.m.
14
15
      VIDEOTAPED CONTINUED DEPOSITION OF JEAN MOROSE VILIENA
16
                          Volume 2
17
18
19         Taken via Zoom videoconference on behalf of the
20      Plaintiff before Elizabeth Cordoba, RMR, CRR, FPR,
21      Notary Public in and for the State of Florida at
22      Large, pursuant to Plaintiff's Notice of Taking
23      Deposition in the above cause.
24
      Job no. 5024431
25    Page 123 - 243
```

Page 123

```
 1         A.    Yes.  Eclesiaste Boniface.  Thank you.
 2         Q.    Turning back to Exhibit 3, in the first
 3   paragraph on Bates number 44, you mention Juders Yseme,
 4   Nissage Martyr and Eclesiaste Boniface.  Can you describe
 5   what they were doing in the paragraph here.
 6               MR. HALEY:  Just, Counsel, the page that you
 7         want to direct the witness's attention to is the
 8         third page of Exhibit 3?  We are looking at the
 9         French translation.  So we are on the page bearing
10         the Bates stamp number 44.
11               MS. LAU:  They are duplicates, Peter, so it is
12         Bates-stamped 44 whether you are in the French or the
13         English version.
14               MR. HALEY:  And is that the page that you want
15         to direct the witness to review?
16               MS. LAU:  Correct.  The first paragraph on
17         Bates number 44.
18               MR. HALEY:  Thanks.
19               THE WITNESS:  Can you remind me the question,
20         please.
21   BY MS. LAU:
22         Q.    The question is, what were Yseme, Martyr and
23   Boniface doing in your description in this paragraph?
24         A.    So those people put themselves as to people who
25   are trying to make the justice for themselves after the
```

Page 171

1  arson.
2          MS. LAU:  Billy, can you restate that?  I am
3     not understanding what you said.
4          THE WITNESS:  Those people have organized
5     themselves into a group of firemen and they have
6     called themselves a group of 5,000 men so that they
7     can make justice for themselves.  And they used to go
8     to the house of people in Les Irois.  They were
9     involved in this in Les Irois.
10  BY MS. LAU:
11     Q.    Turning specifically to Juders Yseme, what
12  specifically did he do to your supporters?
13     A.    It is not only Yseme, but it is a group of
14  people.  They have put themselves as people who can make
15  justice for themselves.  And they used to go by the house
16  of people living in Les Irois, pressuring them and doing
17  kinds of threats.
18     Q.    My question only relates to what Juders
19  specifically did.  Have you ever seen Juders with a
20  weapon?
21     A.    I don't used to see them.  But this is the
22  information that I have.
23     Q.    So you have not ever seen Juders with a weapon,
24  correct?
25     A.    No, I have never seen Juders with a weapon.

Page 172

```
 1        Q.   And have you ever seen Juders harm one of your
 2   supporters?
 3        A.   Juders is not someone that I used to see.
 4        Q.   So you have never seen Juders harm one of your
 5   supporters, correct?
 6             MR. HALEY:  Objection.
 7             THE WITNESS:  No, I have not seen him.  If I
 8       mentioned him in the report, it is the information
 9       that I have.  But myself, I don't used to see him.
10   BY MS. LAU:
11        Q.   Focussing now on Nissage Martyr, have you ever
12   seen Nissage with a weapon?
13        A.   No, I don't used to see him with a weapon.  If
14   I mention him in the report, it is from the information
15   that I have.
16        Q.   So you have never seen Nissage with a weapon,
17   correct?
18        A.   I never seen him with a weapon.
19        Q.   And have you ever seen Nissage harm one of your
20   supporters?
21        A.   If he did this, it is not in my presence.  But
22   I never seen him doing this.
23        Q.   Focussing now on David Boniface, have you ever
24   seen David with a weapon?
25        A.   No, I have never seen him.
```

```
 1        Q.    And have you ever seen David Boniface harm one
 2   of your supporters?
 3        A.    No.  I don't know if he used to do this.
 4        Q.    Have you -- you have never seen David Boniface
 5   harm one of your supporters, correct?
 6        A.    No, I have never seen him doing that.
 7        Q.    Turning now to Bates number 45, in the second
 8   paragraph you state "I no longer have any confidence in
 9   the judicial system."  What do you mean by that statement?
10        A.    So what I mean is that if a student has gone to
11   school with a weapon and the court has never heard him
12   about this, and that the first person they arrest is the
13   mayor and they accuse him, this is the reason I said that
14   I do not understand how the judicial system works, why
15   they act like that.
16        Q.    Do you think that you can receive adequate
17   justice in the Haitian justice system?
18              MR. HALEY:  Objection.
19              THE WITNESS:  So as I am not in the system, so
20        I can't really say that if I can -- if they can be
21        unjust with me.
22   BY MS. LAU:
23        Q.    Why do you say "I am not in the system"?  What
24   do you mean by that?
25        A.    I mean that I do not know the laws.  I do not
```

Page 174

```
 1              CERTIFICATE OF OATH OF WITNESS
 2
 3
       STATE OF FLORIDA       )
 4                            )   SS:
       COUNTY OF BROWARD      )
 5
 6              I, ELIZABETH CORDOBA, RMR, CRR, FPR, Notary
 7     Public in and for the State of Florida at Large, certify
 8     that the witness, JEAN MOROSE VILIENA, appeared before me
 9     via Zoom videoconference on January 11, 2022 and was duly
10     sworn by me.
11              WITNESS my hand and official seal this
12     January 17, 2022.
13
14                              ℰ cordoba
15                              ELIZABETH CORDOBA, RMR, CRR, FPR
16                              Notary Public, State of Florida
17                              at Large
18
19     Notary #GG316661
20     My commission expires:  3/27/2023
21
22
23
24
25
```

Page 238

```
 1            REPORTER'S DEPOSITION CERTIFICATE
 2
 3            I, ELIZABETH CORDOBA, RMR, CRR, FPR,
 4   certify that I was authorized to and did stenographically
 5   report the deposition of JEAN MOROSE VILIENA, the witness
 6   herein on January 11, 2022; that a review of the
 7   transcript was requested; that the foregoing pages
 8   numbered from 123 to 242 inclusive is a true and complete
 9   record of my stenographic notes of the deposition by said
10   witness; and that this computer-assisted transcript was
11   prepared under my supervision.
12                I further certify that I am not a relative,
13   employee, attorney or counsel of any of the parties, nor
14   am I a relative or employee of any of the parties'
15   attorney or counsel connected with the action.
16   DATED this January 17, 2022.
17
18
19
20
21            ℰ cordoba
22            ELIZABETH CORDOBA, RMR, CRR,
23            FPR
24
25
```

Page 239