UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID BONIFACE, NISSAGE MARTYR and JUDERS YSEMÉ<br><br>    Plaintiffs,<br><br>v.<br><br>JEAN MOROSE VILIENA<br><br>    Defendant. | Civil Action<br>No. 17-10477-ADB |

**TRIAL MEMORANDUM**
**OF DEFENDANT JEAN MOROSE VILIENA**

The Defendant Jean Morose Viliena ("Defendant") submits this Memorandum in accordance with the Court's Pretrial Order [Docket No. 171].

1. The Defendant has separately filed his responses and arguments in the context of his Response to Proposed Voir Dire [Docket No. 225], Response to Proposed Jury Instructions [Docket No. 223] and Response to Proposed Jury Verdict Form [Docket No. 224].

                                        Jean Morose Viliena,

                                      By his attorney,

                                       */s/ Peter J. Haley*
                                      Peter J. Haley (BBO# 543858)
                                      *peter.haley@nelsonmullins.com*
                                      Nelson Mullins Riley & Scarborough LLP
                                      One Financial Center
                                      Boston, MA 02111
Dated: March 6, 2023            p. (617) 217-4714

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date.

Date:   March 6, 2023              */s/ Peter J. Haley*