UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID BONIFACE, NISSANDÈRE MARTYR, JUDERS YSEMÉ, | * * * | |
| Plaintiffs. | * * | Civil Action No. 17-cv-10477-ADB |
| v. | * * | |
| JEAN MOROSE VILIENA, | * * | |
| Defendant. | * | |

**VERDICT FORM**

1. Do you find that Defendant Jean Morose Viliena is liable for the extrajudicial killing of Plaintiff David Boniface's brother, Eclesiaste Boniface?

    ✓ Yes          ____ No

2. Do you find that Defendant Jean Morose Viliena is liable for the attempted extrajudicial killing of Plaintiff Nissandère Martyr's father, Nissage Martyr?

    ✓ Yes          ____ No

3. Do you find that Defendant Jean Morose Viliena is liable for the torture of Plaintiff Nissandère Martyr's father, Nissage Martyr?

    ✓ Yes          ____ No

4. Do you find that Defendant Jean Morose Viliena is liable for the attempted extrajudicial killing of Plaintiff Juders Ysemé?

    ✓ Yes          ____ No

5. Do you find that Defendant Jean Morose Viliena is liable for the torture of Plaintiff Juders Ysemé?

    ✓ Yes          ____ No

**If you answered "yes," to any of questions 1 through 5, please proceed to question 6. If you answered "no" to questions 1 through 5, please go to question 10.**

6. [Only answer this question if you answered "yes" to question 1 (extrajudicial killing). If you answered "no" to question 1, please proceed to question 7.]

    What amount of money will fairly and adequately compensate David Boniface for the extrajudicial killing of Eclesiaste Boniface?

    $ __One Million, seven hundred and fifty thousand US dollars__
    (in words)

    $ __1,750,000.00__
    (in numbers)

**Please proceed to question 7.**

7. [Only answer this question if you answered "yes" to question 2 (attempted extrajudicial killing) or question 3 (torture). If you answered "no" to both questions 2 and 3, please proceed to question 8.]

    What amount of money will fairly and adequately compensate Nissandère Martyr for the attempted extrajudicial killing of his father, Nissage Martyr (if you answered yes to question 2) and/or for the torture of Nissage Martyr (if you answered "yes" to question 3)?

    $ __One Million, two hundred and fifty thousand US dollars__
    (in words)

    $ __1,250,000.00__
    (in numbers)

**Please proceed to question 8.**

3

8. [Only answer this question if you answered "yes" to question 4 (attempted extrajudicial killing) or question 5 (torture). If you answered "no" to both questions 4 and 5, please proceed to question 9.]

   What amount of money will fairly and adequately compensate Juders Ysemé for the attempted extrajudicial killing (if you answered yes to question 4) and/or the torture (if you answered "yes" to question 5)?

   $ __One Million, Five Hundred Thousand US dollars__
   (in words)

   $ __1,500,000.00__
   (in numbers)

**Please proceed to question 9.**

9. For any of the claims you have found proven against Defendant Jean Morose Viliena in questions 1 through 5, what amount of punitive damages, if any, do you award?

   $ __Eleven Million US dollars__
   (in words)

   $ __11,000,000.00__
   (in numbers)

**Please proceed to question 10.**

4

10. Do you find Defendant Jean Morose Viliena liable for the arson of David Boniface, Nissage Martyr, and Juders Ysemé's dwellings?

| | | |
|---|---|---|
| David Boniface's dwelling: | _____ Yes | ✓ No |
| Nissage Martyr's dwelling: | _____ Yes | ✓ No |
| Juders Ysemé's dwelling: | _____ Yes | ✓ No |

**Please proceed to question 11.**

11. [Only answer this question if you answered "yes" to any part of question 10 and then only answer for the Plaintiff(s) for whom you answered "yes" in question 10. If you answered "no" to question 10 for each Plaintiff, your deliberations are complete, please turn to the final signature page and have the fore person sign and date the form.]

What amount of money will fairly and adequately compensate David Boniface, Nissandère Martyr, and/or Juders Ysemé for the arson of the dwellings of David Boniface, Nissage Martyr, and Juders Ysemé's?

David Boniface:     $_____
(in words)

$_____
(in numbers)

Nissandère Martyr:     $_____
(in words)

$_____
(in numbers)

Juders Ysemé:     $_____
(in words)

$_____
(in numbers)

Please have the foreperson sign and date the form.

__March 21, 2023__
Date

_____
Foreperson